| Fill in this information to identify the case: | |
| --- | --- |
| Debtor name | Arain's & Sidiqui's Inc. |
| United States Bankruptcy Court for the: | Southern     District of   Texas |
| | (State) |
| Case number (If known): | 16-34564 |

United States Courts
Southern District of Texas
FILED

SEP 2 2 2016

David J. Bradley, Clerk of Court

☑ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☑ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
| --- | --- | --- | --- | --- |

2. **Cash on hand**    $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. _____ | _____ | ___ ___ ___ ___ | $_____ |
| 3.2. _____ | _____ | ___ ___ ___ ___ | $_____ |

4. **Other cash equivalents** *(Identify all)*

| 4.1. _____ | $_____ |
| --- | --- |
| 4.2. _____ | $_____ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     $_____

## Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1. _____ | $_____ |
| --- | --- |
| 7.2. _____ | $_____ |

Debtor _____Arain's & Sidiqui's Inc._____    Case number (if known) ___16-34564_____
            Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. _____    $_____

   8.2. _____    $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.    | $_____ |

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

   ☒ No. Go to Part 4.

   ☐ Yes. Fill in the information below.

                                                                           **Current value of debtor's interest**

11. **Accounts receivable**

   11a. 90 days old or less:    _____ – _____ = ...........➔    $_____
                                face amount          doubtful or uncollectible accounts

   11b. Over 90 days old:    _____ – _____ = ...........➔    $_____
                            face amount          doubtful or uncollectible accounts

12. **Total of Part 3**

   Current value on lines 11a + 11b = line 12. Copy the total to line 82.    | $_____ |

## Part 4:  Investments

13. **Does the debtor own any investments?**

   ☒ No. Go to Part 5.

   ☐ Yes. Fill in the information below.

                                                                     **Valuation method used for current value**    **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

   14.1. _____    _____    $_____

   14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

   Name of entity:                                  % of ownership:

   15.1. _____    _____%    _____    $_____

   15.2. _____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

   16.1. _____    _____    $_____

   16.2. _____    _____    $_____

17. **Total of Part 4**

   Add lines 14 through 16. Copy the total to line 83.    | $_____ |

---

Official Form 206A/B          Schedule A/B: Assets — Real and Personal Property          page 2

| Debtor | Arain's & Sidiqui's Inc. | | Case number (if known) | 16-34564 |
|---|---|---|---|---|
| | Name | | | |

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| **23. Total of Part 5** Add lines 19 through 22. Copy the total to line 84. | | | | $_____ |

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____ Valuation method_____ Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

| | | |
|---|---|---|
| Debtor | Arain's & Sidiqui's Inc. | 16-34564 |
| | Name | Case number *(if known)* |

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

  ☐ No

  ☐ Yes

35. **Has any of the property in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| **40. Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $_____ |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

Debtor    Arain's & Sidiqui's Inc.        Case number (if known)   16-34564
        Name

## Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Debtor | Arain's & Sidiqui's Inc. | | Case number (if known) | 16-34564 |
|---|---|---|---|---|
| | Name | | | |

## Part 9:   Real property

**54.  Does the debtor own or lease any real property?**

☒ No. Go to Part 10.

☐ Yes. Fill in the information below.

**55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $_____ | _____ | $_____ |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

**56.  Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10:   Intangibles and intellectual property

**59.  Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60.  Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| **61.  Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| **62.  Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| **63.  Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| **64.  Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| **65.  Goodwill**<br>_____ | $_____ | _____ | $_____ |

**66.  Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

Debtor    Arain's & Sidiqui's Inc.
_____      Case number (if known) 16-34564
          Name                                 _____

| **Part 12:** | **Summary** |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ _0_ | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ _0_ | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ _0_ | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ _0_ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ _0_ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ _0_ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ _0_ | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ _0_ | |
| 88. **Real property.** *Copy line 56, Part 9.* .................................➔ | | $ _0_ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ _0_ | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ _0_ | |
| 91. **Total.** Add lines 80 through 90 for each column............................91a. | $ _0_ | + 91b. $ _0_ |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................................  $ _0_

| Debtor | Arain's & Sidiqui's Inc. | Case number *(if known)* | 16-34564 |
|---|---|---|---|
| | Name | | |

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

**71. Notes receivable**

Description (include name of obligor)

_____    _____ – _____    = → $_____

Total face amount    doubtful or uncollectible amount

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| | | |
|---|---|---|
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |

**73. Interests in insurance policies or annuities**

_____    $_____

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

Nature of claim    _____

Amount requested    $_____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim    _____

Amount requested    $_____

**76. Trusts, equitable or future interests in property**

_____    $_____

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    $_____

_____    $_____

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $_____

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

United States Courts
Southern District of Texas
FILED

SEP 2 2 2016

David J. Pradley, Clerk of Court

**Fill in this information to identify the case:**

Debtor name    Arain's & Sidiqui's Inc.

United States Bankruptcy Court for the:    Southern    District of   Texas
                                            (State)

Case number (If known):    16-34564

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|

**2.1**   **Creditor's name**

Describe debtor's property that is subject to a lien

$_____    $_____

Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Date debt was incurred

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number   __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**   **Creditor's name**

Describe debtor's property that is subject to a lien

$_____    $_____

Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Date debt was incurred

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number   __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines ____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $_____

Fill in this information to identify the case:

| | |
|---|---|
| Debtor | Arain's & Siddiqui's Inc. |
| United States Bankruptcy Court for the: | Southern    District of   Texas (State) |
| Case number (If known) | 16-34564 |

United States Courts
Southern District of Texas
FILED

SEP 2 2 2016

David J. Bradley, Clerk of Court

☐ Check if this is an amended filing

**Official Form 206E/F**

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☒ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $_____ | $_____ |
| Date or dates debt was incurred | Basis for the claim: _____ | | |
| Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset? <br> ☐ No <br> ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___) | | | |
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $_____ | $_____ |
| Date or dates debt was incurred | Basis for the claim: _____ | | |
| Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset? <br> ☐ No <br> ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___) | | | |
| **2.3** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $_____ | $_____ |
| Date or dates debt was incurred | Basis for the claim: _____ | | |
| Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset? <br> ☐ No <br> ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___) | | | |

Debtor _____     Case number (*if known*)_____
              Name

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

### 3.1
**Nonpriority creditor's name and mailing address**

American Express Company

200 Vesey Street 49th Fl 01-49-06

New York, NY 10285-3106

Date or dates debt was incurred   5/2015-7/2016

Last 4 digits of account number   2 0 0 3

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Credit Card

Is the claim subject to offset?
☒ No
☐ Yes

$ 16,257.59

### 3.2
**Nonpriority creditor's name and mailing address**

American Express Company

200 Vesey Street 49th Fl 01-49-06

New York, NY 10285-3106

Date or dates debt was incurred   6/2015-8/2015

Last 4 digits of account number   2 0 0 3

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Plum Credit Card

Is the claim subject to offset?
☒ No
☐ Yes

$ 9,890.26

### 3.3
**Nonpriority creditor's name and mailing address**

Bernie Jones c/o Aaron Johnson, EJC

510 S. Congress Ave., Ste. 206

Austin, TX 78704

Date or dates debt was incurred   TBD

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:   Employment claim

Is the claim subject to offset?
☐ No
☒ Yes

$   TBD

### 3.4
**Nonpriority creditor's name and mailing address**

Capital One, N.A.

PO Box 30285

Salt Lake City, UT 8413-0285

Date or dates debt was incurred   6/2015-8/2015

Last 4 digits of account number   6 2 0 8

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Credit Card

Is the claim subject to offset?
☐ No
☐ Yes

$ 5867.38

### 3.5
**Nonpriority creditor's name and mailing address**

Entergy Texas, Inc.

PO Box 8104

Baton Rouge, LA 70891-8104

Date or dates debt was incurred   6/2016-8/2016

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 3511.74

### 3.6
**Nonpriority creditor's name and mailing address**

Huntsville Wholesale Grocers, Inc.

PO Box 6279

Huntsville, Texas 77342

Date or dates debt was incurred   2015

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Contract

Is the claim subject to offset?
☒ No
☐ Yes

$ 2202.80

Official Form 206E/F                 Schedule E/F: Creditors Who Have Unsecured Claims                 page 2 of 5

| Debtor | Arain's & Sidiqui's Inc. | Case number (if known) | 16-34564 |
|--------|--------------------------|------------------------|----------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

| Debtor | Arain's & Sidiqui's Inc. | Case number (if known) | 16-34564 |
|---|---|---|---|
| | Name | | |

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2. | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3. | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.4. | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 41. | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.5. | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.6. | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.7. | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.8. | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.9. | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.10. | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.11. | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor    Arain's & Sidiqui's Inc.                                    Case number (if known)  16-34564
          _____
          Name

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 5 of 6

Debtor   Arain's & Sidiqui's Inc.                                          Case number (if known)   16-34564
         Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ | 0 |
| 5b. **Total claims from Part 2** | 5b. | + $ | 37,729.77 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 37,729.77 |

<table>
<tr><td colspan="3">
Fill in this information to identify the case:

Debtor name __Arain's & Sidiqui's Inc.__

United States Bankruptcy Court for the: __Southern__  District of __Texas__
(State)

Case number (if known): __16-34564__   Chapter __7__
</td></tr>
</table>

United States Courts
Southern District of Texas
FILED

SEP 2 2 2016

David J. Bradley, Clerk of Court

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

## Southern _____ District Of __Texas__

United States Courts
Southern District of Texas
FILED

SEP 2 2 2016

David J. Bradley, Clerk of Court

**In re** Arain's & Sidiqui Inc.

Case No. ___16-34564___

**Debtor**

Chapter ___7___

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $___1500___

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . $___1500___

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $___0___

2.  The source of the compensation paid to me was:

    ☐ Debtor          ☒ Other (specify)

3.  The source of compensation to be paid to me is:

    ☐ Debtor          ☒ Other (specify)

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.    Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.    [Other provisions as needed]

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_9/24/16_
*Date*

_[Signature]_
*Signature of Attorney*

_AZH Law Firm P_
*Name of law firm*

**Fill in this information to identify the case:**

Debtor name ____Arain's & Sidiqui's Inc.____

United States Bankruptcy Court for the: ____Southern____ District of ____Texas____
(State)

Case number (If known): ____16-34564____

United States Courts
Southern District of Texas
FILED

SEP 2 2 2016

David J. Bradley, Clerk of Court

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors                                                        12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 _____ | Street _____<br><br>_____<br><br>City ____ State ____ ZIP Code ____ | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | Street _____<br><br>_____<br><br>City ____ State ____ ZIP Code ____ | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | Street _____<br><br>_____<br><br>City ____ State ____ ZIP Code ____ | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | Street _____<br><br>_____<br><br>City ____ State ____ ZIP Code ____ | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 _____ | Street _____<br><br>_____<br><br>City ____ State ____ ZIP Code ____ | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 _____ | Street _____<br><br>_____<br><br>City ____ State ____ ZIP Code ____ | _____ | ☐ D<br>☐ E/F<br>☐ G |

| Debtor | Arain's & Sidiqui's Inc. | Case number (if known) | 16-34564 |
| | Name | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |

2.___
Street
City    State    ZIP Code
☐ D
☐ E/F
☐ G

2.___
Street
City    State    ZIP Code
☐ D
☐ E/F
☐ G

2.___
Street
City    State    ZIP Code
☐ D
☐ E/F
☐ G

2.___
Street
City    State    ZIP Code
☐ D
☐ E/F
☐ G

2.___
Street
City    State    ZIP Code
☐ D
☐ E/F
☐ G

2.___
Street
City    State    ZIP Code
☐ D
☐ E/F
☐ G

2.___
Street
City    State    ZIP Code
☐ D
☐ E/F
☐ G

2.___
Street
City    State    ZIP Code
☐ D
☐ E/F
☐ G