United States Cou...
Southern District of Te...
FILED

SEP 2 2 2016

David J. Bradley, Clerk of Cou...

| Fill in this information to identify the case: |
|---|
| Debtor name: Arain's & Sidiqui's Inc. |
| United States Bankruptcy Court for the: Southern  District of Texas (State) |
| Case number (If known): 16-34564 |

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                                12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................................... $ 0

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................................... $ 0

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*....................................................................................................... $ 0

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*............ $ 0

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F* ........................................................ $ 0

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................... + $ 37729.77

4. **Total liabilities**........................................................................................................................................ $ 37729.77
   Lines 2 + 3a + 3b